JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 544

JUN 17 1983

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CLERK OF THE PANEL

IN RE SECURITIES LITIGATION ARISING FROM ACTION INDUSTRIES, INC., 1982 TENDER OFFER

TRANSFER ORDER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize the actions listed on the attached Schedule A in the Eastern District of Virginia for coordinated or consolidated pretrial proceedings. The motion is brought by plaintiffs in the Eastern District of Virginia action.

All responding parties agree on the desirability of or do not oppose transfer. The only dispute concerns the selection of the transferee district. Movants and plaintiffs in the Pennsylvania actions[1] favor centralization in the Eastern District of Virginia; all eight defendants urge centralization in the Western District of Pennsylvania.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Eastern District of Virginia will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from the allegations in each action that defendants violated various securities laws by making false statements of material fact regarding the financial condition of Action Industries. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

Although either the Eastern District of Virginia or the Western District of Pennsylvania could be considered an appropriate transferee district for this litigation, we conclude that the Eastern District of Virginia is preferable because, in that district, discovery is more advanced and a summer trial date is anticipated.

---

[1] Although the Najjar action in the Western District of Pennsylvania was not included in the motion before us, we are including Najjar in the present transfer order because all defendants in Najjar have stated in their briefs and during oral argument before the Panel their positions regarding transfer of Najjar. Plaintiff in Najjar submitted a response favoring transfer to the Eastern District of Virginia.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Western District of Pennsylvania be, and the same hereby are, transferred to the Eastern District of Virginia and, with the consent of that court, assigned to the Honorable Richard L. Williams for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

## SCHEDULE A

MDL-544 -- In re Securities Litigation Arising from Action Industries Inc. 1982 Tender Offer

### Western District of Pennsylvania

William Rosenthal v. Action Industries, Inc., et al.,
C.A. No. 83-586

Mildred Najjar v. Action Industries, Inc., et al.,
C.A. No. 83-731

### Eastern District of Virginia

James R. McIntire, et al. v. Action Industries, Inc., et al.,
C.A. No. 83-0198-A